No. 45. M. FRANK DONOHUE *v.* THE STATE OF MAINE; and

No. 46. FRANK C. POWER *v.* THE STATE OF MAINE. Error to the Supreme Judicial Court of the State of Maine. Submitted October 15, 1925. Decided October 19, 1925. *Per Curiam.* Dismissed for want of jurisdic-

tion upon the authority of (1) section 237 of the Judicial Code as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; (2) *United States* v. *Lanza,* 260 U. S. 377, 382; *Twining* v. *New Jersey,* 211 U. S. 78, 93; *Barron* v. *Baltimore,* 7 Pet. 243. *Messrs. Herbert E. Holmes* and *E. N. Pike* for plaintiffs in error. *Messrs. Ransford W. Shaw* and *Edward W. Wheeler* for defendant in error.